**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHAH LEE FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:24-cv-03989-JWH-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written Objections to the Report within the time permitted. The Court hereby **ORDERS** as follows:

1. The findings and recommendation of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. Judgment shall be entered **REVERSING** the decision of the Commissioner denying benefits and **REMANDING** this action for further administrative proceedings consistent with the Report.

**IT IS SO ORDERED.**

Dated: November 5, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE