JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH LEE FERNANDEZ, | Case No. 2:24-cv-03989-JWH-SP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO, Commissioner of Social Security Administration, | |
| Defendant. | |

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter be **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 5, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE